UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VINCENT D. ANGIOLILLO,

        Plaintiff,

-vs-                                          Case No. 2:08-cv-606-FtM-99SPC

COLLIER COUNTY; DON HUNTER Collier County Sheriff; KEVIN RAMBOSK; TONY SPINA Corporal; CHRISTINE BATES Investigator; VITTO CELIBERTI Officer; JOHN HURLEY Officer,

        Defendants.
_____

## ORDER

This matter comes before the Court on the Defendants' Motion for Attorney's Fees and Costs (Doc. #136) filed on January 26, 2010. The Defendant's move for costs pursuant to Fed. R. Civ. P. 54(d), but failed to file a proper Bill of Costs as required by the Local Rules.

Accordingly, it is now

**ORDERED:**

The Defendants are hereby directed to file a proper Bill of Costs with the Court before **5:00pm on Monday, February 22, 2010**.

**DONE AND ORDERED** at Fort Myers, Florida, this __14th__ day of February, 2010.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record